UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEE CARMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL COLLECTIONS, LLC.<br><br>　　　　　　Defendant. | 1:09-cv-02178 OWW GSA<br><br>ORDER DISMISSING ACTION |

　　　　Pursuant to the notice of voluntary dismissal filed February 12, 2010 pursuant to FRCvP 41,

　　　　IT IS ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   August 13, 2010**　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1